AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| Orlanda del Carmen Pena Arita, et. al. ) <br> *Plaintiff* ) <br> v. ) <br> United States of America, County of Starr, Texas, et. al ) <br> *Defendant* ) | Case No.  7:19-cv-00288 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Orlanda del Carmen Pena Arita

Date:   08/21/2019

*Attorney's signature*

Erin D Thorn TX 24093261
*Printed name and bar number*
Texas Civil Rights Project
1017 W. Hackberry Ave
P.O. Box 219
Alamo, TX 78516
*Address*

erin@texascivilrightsproject.org
*E-mail address*

(956) 787-8171
*Telephone number*

(965) 787-6348
*FAX number*