UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| PENA ARITA | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 7:19-CV-00288 |
| | § | |
| UNITED STATES OF AMERICA, et al. | § | |
| | § | |

## NOTICE OF APPEARANCE

Please take notice that the undersigned counsel, Zachary Dolling, an attorney with the Texas Civil Rights Project, appears as counsel for Plaintiff Orlanda del Carmen Pena Arita.

Respectfully submitted,

 /s/ Zachary Dolling
Zachary Dolling
State Bar No. 24105809
SDTX Bar No. 3290949
Texas Civil Rights Project
405 Main Street, 7th Floor
Houston, TX 77002
Telephone (832) 767-3650 ext. 162
Fax (832) 554-9981
Email: zachary@texascivilrightsproject.org

## CERTIFICATE OF SERVICE

I, Zachary Dolling, certify that on September 6, 2019, I served the foregoing document via the Court's ECF/CMF electronic filing system, which will automatically serve a copy on all counsel of record.

 /s/ Zachary Dolling
Zachary Dolling