United States District Court
Southern District of Texas
**ENTERED**
January 03, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| ORLANDA DEL CARMEN PENA ARITA, *et al*, § § § § Plaintiffs, § VS. § UNITED STATES OF AMERICA, *et al*, § § § Defendants. § | CIVIL ACTION NO. 7:19-CV-288 |

## ORDER

After considering Plaintiff's counsel and the United States' counsel's representations at the December 17, 2019 initial pretrial and scheduling conference, the Court **ORDERS** the parties to appear for a status conference on **January 28, 2020 at 9:00 a.m.** Finally, in preparation for the status conference, the Court **ORDERS** the parties to file a renewed joint discovery/case management plan **by January 16, 2020.**

IT IS SO ORDERED.

DONE at McAllen, Texas, this 3rd day of January, 2020.

_____
Micaela Alvarez
United States District Judge