AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

ORLANDA DEL CARMEN PEÑA ARITA, Individually, as Next Friend of D.M.A. and C.M.A, and Representative of the Estate of MARCO ANTONIO MUÑOZ,

*Plaintiff(s)*

v.

UNITED STATES OF AMERICA, UNKNOWN UNITED STATES CUSTOMS AND BORDER PROTECTION AGENTS, THE COUNTY OF STARR, ET. AL.

*Defendant(s)*

Civil Action No. 7:19-cv-00288

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Crecencio Galvan
Deputy
Office of the Starr County Sheriff
102 E. 6th Street
Rio Grande City, Texas 78582

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Efren C. Olivares
Attorney-in-Charge for Plaintiff
State Bar No. 24065844
SDTX Bar No. 1015826
efren@texascivilrightsproject.org
Erin Thorn Vela
State Bar No. 24093261
SDTX Bar No. 2744303
erin@texascivilrightsproject.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

David J. Bradley, Clerk of Court

Date: December 23, 2019

s/ Kathryn Nelson
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 7:19 -cv-00288

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Cresencio Galvan
was received by me on *(date)* 1-7-2020 .

☐ I personally served the summons on the individual at *(place)* STARR County Sheriff's Office 102 E 6th Street Rio Grande City on *(date)* 1-7-2020 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 1-8-2020

Juan Castillo
*Server's signature*

Juan Castillo Sch12187
*Printed name and title*

503 Drennan St
Edinburg Tx 78541
*Server's address*

Additional information regarding attempted service, etc: