UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ORLANDA DEL CARMEN PEÑA ARITA, et al., | § § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 7:19-cv-00288 |
| | § | |
| UNITED STATES OF AMERICA, et al., | § § | |
| Defendants. | § | |

## **ORDER**

After considering Plaintiffs' and Defendants' counsels' representations at the February 25, 2020 initial pretrial and scheduling conference, the Court **ORDERS** Plaintiffs to properly serve process on outstanding defendants no later than **March 26, 2020**. Additionally, the Court **ORDERS** all parties to appear for a status conference on **April 14, 2020 at 9:00 a.m.**

IT IS SO ORDERED.

DONE at McAllen, Texas, this 4th day of March 2020.

_____
Micaela Alvarez
United States District Judge