United States District Court
Southern District of Texas

**ENTERED**

July 31, 2020

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ORLANDA DEL CARMEN PEÑA ARITA, individually and as next friend of D.M.A. and C.M.A. and as representative of the ESTATE OF MARCO ANTONIO MUÑOZ, | § § § § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 7:19-cv-00288 |
| | § | |
| COUNTY OF STARR, TEXAS, | § § | |
| Defendant. | § | |

## <u>SCHEDULING ORDER</u>

Having considered the parties' representations at the July 30, 2020, status conference,[1] the Court now enters the following case-specific scheduling order which controls disposition of this action pending further order of the Court. The following actions shall be completed by the dates indicated:

| PRETRIAL EVENTS | DEADLINES |
|---|---|
| Discovery deadline. | February 12, 2021 |
| Deadline to file all pretrial motions, including any dispositive motions, except motions in limine which shall be filed with the Joint Pretrial Order. | March 26, 2021 |
| Deadline to file joint pretrial order, motions in limine, and proposed jury instructions (or proposed findings of fact & conclusions of law).[2] | May 28, 2021 |
| Final pretrial conference and trial scheduling. | June 28, 2021, at 9:00 a.m. |

[1] *See* Minute Entry (July 30, 2020).
[2] The Joint Pretrial Order must be in accordance with Appendix B of the Local Rules for the Southern District of Texas and must include the disclosures required by Federal Rule of Civil Procedure 26(a)(3).

This scheduling order supersedes any earlier scheduling order, is binding on all parties, and shall not be modified except by leave of Court upon showing of good cause. All other deadlines not specifically set out in this scheduling order will be governed by the Federal Rules of Civil Procedure and this Court's Local Rules.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 31st day of July 2020.

_____
Micaela Alvarez
United States District Judge